sion, Third Department. January 6, 1909.) Action by Thomas M. Williams against William S. Pilling and Theron I. Crane, individually and as copartners doing business under the firm name of Pilling & Crane. No opinion. Interlocutory judgment unanimously affirmed, with costs.

---

WILSON, Respondent, v. BEARDS, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by William Wilson against Reuben Beards. No opinion. Appeal dismissed, with costs.

---

WILSON v. EWALD. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Frank W. Wilson against Mary Ewald, as executrix. With this case has been consolidated in this court cases bearing titles as follows: Heuer v. Sire; Fleischman v. Mengis; Granit v. Sherlip; Hawes v. Berkholz; New York Mail Co. v. Joline et al. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed. See, also, 113 N. Y. Supp. 687.

---

WILSON, Respondent, v. HAFF, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Charlotte M. Wilson against William P. W. Haff. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

WILSON v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by William Wilson against the New York Contracting Company. No opinion. Motion denied, with $10 costs. Order filed.

---

WOOD, Respondent, v. PEERLESS FINISHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by John Wood against the Peerless Finishing Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

WORTH et al., Appellants, v. BENNETT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Archibald C. Worth and another against George W. Bennett and another. No opinion. Judgment and order affirmed, with costs.

---

WORTH et al., Appellants, v. YOUNG et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Archibald C. Worth and another against Charles C. Young and others. No opinion. Judgment and order affirmed, with costs.

WYNNE v. CONTINENTAL ASPHALT PAVING CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Thomas Wynne against the Continental Asphalt Paving Company. With this case has been consolidated in this court cases bearing titles as follows: Strasburger v. Goldenberg; Kaplan v. Potter; Grant v. Leopold; Heller v. Montrose; McCann v. Blue Ribbon Garage Co.; Kent v. Ward; Benson v. Hobbs; Wohlrab v. New York Horse Insurance Co.; Fischer v. Motor Boat Club. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.

---

XENODOCHIUS, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Edward Xenodochius against the Fifth Avenue Coach Company. No opinion. Motion for reargument denied, with costs. For former opinion, see 113 N. Y. Supp. 135.

---

ZEIGLER, Respondent, v. OLIWANSKI, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Stanislaus Zeigler against Lewin Oliwanski. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

ZETTEL, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Meyer Zettel against James Taylor. No opinion. Order affirmed, with $10 costs and disbursements.

---

ZUBRIN, Respondent, v. POTTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Sam Zubrin against Samuel A. Potter. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

---

ZUDREELE v. CALHOUN. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by William H. Zudreele against John C. Calhoun. No opinion. Motion granted, with $10 costs. Order filed.

---

ZWECKER et al., Respondents, v. PORTMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Clara Zwecker and another against Isaac Portman and others. J. B. Engel, for appellants. M. Feltenstein, for respondents. No opinion. Judgment affirmed, with costs. Order filed.